**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO AGUIRRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNEIDER LOGISTICS TRANSLOADING & DISTRIBUTION, INC., a Wisconsin corporation; CYNTHIA GONZALEZ, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-01648-FMO-SHK<br><br>**ORDER GRANTING STIPULATION [22] OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# **ORDER**

The Court has reviewed the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff ANTONIO AGUIRRE ("Plaintiff") and Defendant SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC. ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint in the above-referenced action shall be and hereby is dismissed with prejudice.

IT IS SO ORDERED.

DATE: March 13, 2020

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE